La Salle Extension University and W. E. McIntosh, justice of the peace. La Salle Extension University, appellant, v. John A. Gallagher, appellee. Gen. No. 7,546.

Action upon note and contract. Judgment for defendant. Appeal from the Circuit Court of Boone county; the Hon. Edward D. Shurtleff, Judge, presiding. Heard in this court at the October term, 1925. Affirmed. Opinion filed April 5, 1926.

Raymond D. Hall, for appellant. Alexander J. Strom, for appellee.

Mr. Presiding Justice Jones delivered the opinion of the court.

---

William Ketcham et al., appellants, v. School Trustees of Township No. 34, Range No. 8, Grundy County, Illinois, et al., appellees. Gen. No. 7,551.

Mandamus to compel apportionment of funds to school districts detached from community consolidated school district. Demurrers to petitions sustained. Appeal from the Circuit Court of Will county; the Hon. Frederick A. Hill, Judge, presiding. Heard in this court at the October term, 1925. Reversed and remanded with directions. Opinion filed April 5, 1926.

D. R. Anderson, for appellants. Donovan, Bray & Gray, for appellees.

Mr. Presiding Justice Jones delivered the opinion of the court.

---

Marie A. Baker, appellee, v. Edward Baker, appellant. Gen. No. 7,554.

Bill for divorce. Decree fixing permanent alimony. Appeal from the Circuit Court of LaSalle county; the Hon. Edgar Eldredge, Judge, presiding. Heard in this court at the October term, 1925. Affirmed. Opinion filed April 5, 1926.

Arthur H. Shay, for appellant. Boys & Osborn, for appellee.

Mr. Presiding Justice Jones delivered the opinion of the court.

---

Llewllyn C. Looker, appellee, v. Henry Buente, appellant. Gen. No. 7,559.

Action to recover compensation for services. Judgment for plaintiff. Appeal from the Circuit Court of Kankakee county; the Hon. Arthur W. Deselm, Judge, presiding. Heard in this court at the October term, 1925. Affirmed. Opinion filed April 5, 1926. Rehearing denied July 5, 1926.

Frank J. Burns and James T. Burns, for appellant. Luther B. Bratton, for appellee.

Mr. Presiding Justice Jones delivered the opinion of the court.

---

John Bell, by William Bell, appellee, v. Chicago, Burlington & Quincy Railroad Company and American Bottle Company. American Bottle Company, appellant. Gen. No. 7,664.

Action for personal injuries. Judgment for plaintiff. Appeal from the Circuit Court of LaSalle county; the Hon. Edgar Eldredge, Judge, presiding. Heard in this court at the October term, 1925. Affirmed. Opinion filed April 16, 1926. Rehearing denied July 5, 1926.

Boys & Osborn, for appellant. Herbert H. Patterson and Butters & Butters, for appellee.

Mr. Presiding Justice Jones delivered the opinion of the court.